UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-cr-370 (CKK) |
| : | |
| **KENNEDY LINDSEY and** : | |
| **DIANELLE LACY,** : | |
| : | |
| : | |
| **Defendants.** : | |

**CONSENT MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and defense counsel do not object.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   /s/ *Sarah W. Rocha*
        Sarah W. Rocha
        Trial Attorney / Detailee
        D.C. Bar No. 977497
        601 D Street, N.W.
        Washington, D.C. 20579
        Telephone: 202-330-1735
        *sarah.wilsonrocha@usdoj.gov*