UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 1:24-cr-370 (CKK) |
| ) | |
| DIANELLE LACY,    ) | |
| ) | |
| Defendant.   ) | |

### NOTICE OF DEFENDANT'S CONSENT DECLARATION TO EXCLUDE TIME

Defendant, DIANELLE LACY, by and through undersigned counsel, as required by the Court provides notice that she signed the attached declaration waiving time until the status conference on January 27, 2025, from the computation of time under the Speedy Trial Act.

WHEREFORE the Court should accept the attached waiver of time regarding the Speedy Trial Act.

Dated November 26, 2024          Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 26th day of November 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.